IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **CRISTIAN SOLER QUESADA,** § § | |
| Petitioner, § § | |
| v. § | **CAUSE NO. EP-26-CV-495-KC** |
| § | |
| **WARDEN OF ERO EL PASO CAMP** § | |
| **EAST MONTANA et al.,** § § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 19, 2026, Cristian Soler Quesada filed a Petition for a Writ of Habeas Corpus, ECF No. 1. In its Show Cause Order, ECF No. 4, the Court noted that, "[a]s alleged, [Soler Quesada's] case appears materially indistinguishable from several others in which this Court has found a procedural due process violation. *See, e.g.*, *Martinez v. Noem*, No. 3:25-cv-430-KC, 2025 WL 2965859, at *1–5 (W.D. Tex. Oct. 21, 2025).*"

Respondents have now filed a Response, ECF No. 7, in which they identified factual distinctions between Soler Quesada's case and *Martinez*. Namely, Soler Quesada was previously granted Lawful Permanent Residence status, but due to a subsequent criminal conviction, he was denied entry into the United States on August 17, 2025. Resp. 3. And he was placed in full removal proceedings, with his next hearing on March 31, 2026. *See id.* Soler Quesada has been detained since August 17, when he was denied entry. *See id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report by **no later than June 2, 2026**, detailing whether Soler Quesada has been released or removed from the country and, if not, the status of his removal proceedings.

**SO ORDERED**.

**SIGNED this 2nd day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE