**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CRISTIAN SOLER QUESADA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-495-KC** |
| | § | |
| **WARDEN OF ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On February 26, 2026, the Court granted in part Attorney Greg V. Chonillo's Motion for Admission Pro Hac Vice ("Motion"), ECF No. 5. *See* Feb. 26, 2026, Order, ECF No. 6.  The Court found that Mr. Chonillo had already moved to appear pro hac vice in another case and had appeared in yet another case in this District without applying for admission whatsoever, pro hac vice or otherwise.  *Id.* at 1.  Thus, "because Mr. Chonillo may not appear pro hac vice in multiple cases without fully complying with the admission requirements set forth in Local Court Rule AT-1," the Court ordered him to apply for full admission and "diligently pursue such application until he [was] either admitted to practice before this Court or denied admission."  *Id.* at 1–2.  Mr. Chonillo was required to submit his application by March 25, 2026.  *Id.* at 2.  And was warned that "[f]ailure to apply and pursue admission will result in his removal from the case."  *Id.*

Mr. Chonillo's deadline to submit an application for admission has now passed, and the Court's records reflect that he has not done so.

Accordingly, the Courts **ORDERS** that Mr. Chonillo is **REMOVED** from the case as counsel of record.  Mr. Chonillo may not file any more documents on behalf of Petitioner

Cristian Soler Quesada, who may proceed in this case pro se, or through other counsel.

**IT IS FURTHER ORDERED** that Mr. Chonillo shall **SEND** a copy of this Order to Soler Quesada and **EXPLAIN** to him that he is now proceeding pro se in this case unless he retains other counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this Order to Soler Quesada via certified mail, and to Mr. Chonillo via certified mail and email, at the following addresses:

Cristian Soler Quesada
A# 066-769-146
ERO EL Paso Camop East Montana
6920 Digital Road
El Paso, Texas 79936

Greg Chonillo
Chonillo Law Group, PLLC
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134
gregchonillo@gmail.com

**SO ORDERED**.

**SIGNED this 27th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE