**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CRISTIAN SOLER QUESADA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-495-KC** |
| | § | |
| **WARDEN OF ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case. On February 19, 2026, Cristian Soler Quesada filed a Petition for a Writ of Habeas Corpus, ECF No. 1. On April 10, Soler Quesada informed the Court that, on March 31, an Immigration Judge ("IJ") granted him a waiver under Section 212(h) of the Immigration and Nationality Act and thus his "lawful permanent resident status remains intact." Notice 1, ECF No. 13; *see id.* Ex. A ("IJ Order"), ECF No. 13-1. Thus, the Court ordered Respondents to either (1) release Soler Quesada from custody, or (2) show cause why Soler Quesada should not be released from custody and identify the authority under which they may continue to detain Soler Quesada. Apr. 13, 2026, Order 2, ECF No. 15.

Respondents now inform the Court that Soler Quesada was released from custody. Advisory, ECF No. 16. And argue that "this renders the petition moot." *Id.*

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Soler Quesada has now been released from custody the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 22nd day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE